# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JANE DOE 1, Individually and as Legal Guardian and Next Friend of deceased minor John Doe, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITEDHEALTHCARE INSURANCE COMPANY, et al., <br><br> Defendants. | No. 2:25-cv-02453-SHL-tmp |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Defendants' notice of removal (ECF No. 1), filed April 25, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice (ECF No. 21), filed June 20, 2025, all of Plaintiffs' claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

June 23, 2025
Date